IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01318-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGE V. RADNEY, JR., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff United States' Motion for Leave to Amend Complaint (docket no. 28) is GRANTED finding no objections by Defendants and finding good cause pursuant to Fed. R. Civ. P. 15 (a).  Plaintiff United States shall re-file their First Amended Complaint to Reduce Federal Tax Assessments to Judgment and to Foreclose Federal Tax Liens on Real Property with the court within five (5) from the date of this Order so that the Amended Complaint can be given a new docket number.

Date:  October 25, 2006