IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01318-WYD-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GEORGE V. RADNEY, JR.;
PHYLLIS M. RADNEY;
INDYMAC BANK, F.S.B.; and
COLORADO DEPARTMENT OF LABOR,

      Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on a Stipulation of Dismissal of Defendant IndyMac Bank, F.S.B. [# 32], filed October 31, 2006.  In the stipulation, Plaintiff states that Defendant IndyMac transferred and/or assigned its Deed of Trust to Countrywide Financial Corporation.  As such, Defendant IndyMac disclaims any and all rights, title and interest in the subject property.  After careful review of the file, the Court has concluded that the stipulation should be approved and that Plaintiff's claims against Defendant IndyMac should be **DISMISSED WITHOUT PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation of Dismissal of Defendant IndyMac Bank, F.S.B. is **APPROVED**; and that Plaintiff's claims against Defendant IndyMac are **DISMISSED WITHOUT PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  November 15, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge