IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01318-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGE V. RADNEY, JR., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the United States' Motion for Extension of Discovery Cut-Off and to Vacate or Re-Set Settlement Conference (docket no. 42) is GRANTED finding good cause shown. The deadline to complete discovery is extended to April 16, 2007. The settlement conference set on February 26, 2007, at 10:00 a.m. is VACATED. The parties may request that a settlement conference be reset upon motion. The Rule 16 Scheduling Order is amended consistent with this minute order.

It is FURTHER ORDERED that the United States' Motion for Person with Final Settlement Authority to be Available Telephonically for Settlement Conference (docket no. 44) is GRANTED. In future settlement conferences, the United States' may have their representative available by telephone.

Date: February 22, 2007