IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01318-WYD-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE V. RADNEY, JR.;
PHYLLIS M. RADNEY;
INDYMAC BANK, F.S.B.; and
COLORADO DEPARTMENT OF LABOR,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on a Joint Stipulation to Dismiss With Prejudice [# 48], filed June 26, 2007.  After careful review of the file, the Court has concluded that the stipulation should be approved and that the United States' claims against the Defendants should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Joint Stipulation to Dismiss With Prejudice [# 48] is **APPROVED**; and that the United States' claims against the Defendants are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  June 29, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge